**Marguerite MARSH, Appellant,**

v.

**Grace Dorcas RUTHENBURG, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Rehearing Denied Dec. 13, 1974.

John M. Mayer, Jr., Mayer & Mayer, Louisville, for appellant.

* Opinion ordered not to be published.

John P. Sandidge, Robert C. Hobson, Woodward, Hobson & Fulton, Louisville, for appellee.

Memorandum Opinion by Justice PALMORE, Affirming.*